# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RUSSELL BERGER,**                                                       **PLAINTIFF**
**ADC #115855**

**V.**               **CASE NO. 5:15-CV-00262 JM/BD**

**BURL, et al.**                                                 **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Berger's "Sur-Reply to States Response" as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Berger's motion to stay proceedings, to amend the complaint, and for injunctive relief (#29) is DENIED.

IT IS SO ORDERED, this 5th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE