**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RUSSELL BERGER,**                                                  **PLAINTIFF**
**ADC #115855**

**V.**               **CASE NO. 5:15-CV-262-JM-BD**

**DANNY BURL, et al.**                                            **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion (#13) is GRANTED, in part, and DENIED, in part. All claims for violation of the Free Exercise Clause and RLUIPA relating to the refusal to allow Mr. Berger to grow a beard and long hair are DISMISSED, with prejudice. Defendants' motion for judgment on the pleadings on Mr. Berger's first amendment Establishment Clause claims are denied.

IT IS SO ORDERED, this 22nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE