# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RUSSELL BERGER,**                                                         **PLAINTIFF**
**ADC #115855**

**V.**                    **NO. 5:15-CV-00262-JM-BD**

**DANNY BURL, WENDY KELLEY,**
**AND DOES**                                                   **DEFENDANTS**

## **ORDER**

Plaintiff Russell Berger, an inmate housed at the Varner Unit of the Arkansas Department of Correction, has moved to dismiss his claims against the Doe defendants. (Docket entry #73)

Accordingly, the claims against the Doe defendants are dismissed, without prejudice, this 19th day of January, 2017.

                                                       /s/ signature
                                                     UNITED STATES MAGISTRATE JUDGE