IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUSSELL BERGER,**                                                                                            **PLAINTIFF**
**ADC #115855**

**V.**                   **CASE NO. 5:15-CV-00262 JM-BD**

**DANNY BURL,**
*Warden, Maximum Security Unit, ADC,* **et al.**                 **DEFENDANTS**

## ORDER

The parties have reached a settlement in principle, but need additional time to effectuate the terms of their agreement. Accordingly, this matter is administratively closed.

DATED this 6th day of February, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE