IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUSSELL BERGER,**
**ADC # 115855**   **PLAINTIFF**

V.   NO. 5:15-CV-262-JM-BD

**DANNY BURL, et al.**   **DEFENDANTS**

## JUDGMENT

This case is dismissed with prejudice pursuant to the order entered this day.

It is so ordered this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE